**RECONSTRUCTION FINANCE CORPORATION OF WASHINGTON v. Earl HERRING, Trustee of the Kinner Airplane and Motor Corporation, Ltd., Debtor.**

No. 9484.

Circuit Court of Appeals, Ninth Circuit.

April 1, 1940.

John L. Wheeler, of Los Angeles, Cal., for appellant.

Leonard Comegys, of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in cause issue forthwith.